FILED & ENTERED

OCT 13 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Spann DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>MAKAT INVESTMENTS, LLC,<br><br>Debtor. | Chapter 12<br><br>Case No.: 9:24-bk-10319-RC<br><br>**ORDER DISMISSING CASE**<br><br>Date: July 28, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 201<br>1415 State St.<br>Santa Barbara, CA 93105 |

An Order to Show Cause Why this Case Should Not be Dismissed Due to Failure to Comply with Local Bankruptcy Rule 9011-2(a) (the "OSC") in the above-captioned case came on for hearing before the Honorable Ronald A. Clifford III, United States Bankruptcy Judge, on July 28, 2026, at 10:00 a.m. Appearances were made as noted on the record.

The Court having considered the evidence and good cause appearing, it is hereby

ORDERED, that the above-captioned case is dismissed. The Court retains jurisdiction over any pending adversary proceedings.

###

Date: October 13, 2026

Ronald A. Clifford III
United States Bankruptcy Judge