# United States Bankruptcy Court
# Central District of California

**1415 State Street, Santa Barbara, CA 93101−2511**

## NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Makat Investments, LLC

**BANKRUPTCY NO.** 9:24−bk−10319−RC

**CHAPTER** 12

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** N/A
**Employer Tax−Identification (EIN) No(s).(if any):** 88−3427722
**Debtor Dismissal Date:** 10/13/26

**Address:**
PO Box 777
Pismo Beach, CA 93448

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: October 13, 2026

For The Court,

**Kathleen J. Campbell**
Clerk of Court